File Hashes for IP Address 73.22.154.149

**ISP:** Comcast Cable Communications Management, LLC
**Physical Location:** Glenview, IL

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 04/15/2015 01:10:16 | 997A103936E73235F23CE79D7495184A9E37926A | Sweet Surrender |
| 04/12/2015 03:11:44 | B6EDA8B2257BBD5613187696D1DECA9E3E3450F9 | Tantric Massage |
| 03/15/2015 14:23:12 | 16B716D190DE14ED20A84FF664189C550B50748A | Competition |
| 03/04/2015 20:41:26 | BE684BCE129BDE8827B65645291D7B93F04675F2 | Tiffanys Tight Ass |
| 02/16/2015 11:51:05 | 0223FBFF281EA4CFF32B5AB0ED54255EE3C37EB9 | All Oiled Up |
| 02/16/2015 11:22:48 | 7CB883A141A93B50A6BDB536F4ECDC4AA25C30D1 | Tie Her Up For Me |
| 02/16/2015 11:18:54 | ADADF6B63240689D42CDFCD29BC1F765D23F1226 | Call Me Fox |
| 02/16/2015 10:59:01 | 1C8606ECC16BF26E52CB6DF79E575AD0030F7E88 | Cut Once More Please |
| 02/16/2015 10:18:28 | C79EB8FE14A136BA6F9E4369C069AD5936EB6708 | Feeling Frisky |
| 02/16/2015 10:03:39 | AFAC958FA72FE99979C67EEBECDCFF23FE709D30 | Four Ways |
| 02/16/2015 09:26:26 | 837A6272CD12BA191B28BC2411F4F5DE4AC85180 | Double Oh Heaven |
| 02/16/2015 09:08:14 | 06AC7448218B6AC5F63B777630398DDCCD763FEC | Rope Priority |
| 01/15/2015 06:11:35 | 03E41F28C13A75CFDE0CE55BA0D22003BDAC0BC8 | Go Down On Me |
| 01/15/2015 04:56:57 | 2F4771020A9701851F7D58DDEC8A77D916B55650 | Exposed And Aroused |
| 01/01/2015 15:33:51 | 11D71935C5A5B52FB066987F9B18BA15CB31EA68 | I Love X Art |

**Total Statutory Claims Against Defendant: 15**

EXHIBIT A

NIL570